O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PAIGE, LLC,

　　　　　　　Plaintiff,

　　　　v.

SAGE AND PAIGE COLLECTIVE
PTY LTD et al.,

　　　　　　　Defendants.
.

Case No. 2:22-cv-03511-ODW (SSCx)

**FINAL JUDGMENT**

/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
///

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (ECF No. 51), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendants, in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment;

2. The Court **AWARDS** Plaintiff $62,685.00 in attorneys' fees and $4,019.70 in costs;

3. The Court **PERMANENTLY ENJOINS** Sage and Paige, including its agents, licensees, employees, officers, directors, representatives, attorneys, predecessors, successors, assigns, and all those acting in concert or privity with them who receive actual notice of this Judgment by personal service or otherwise, from:

   a. infringing the PAIGE Mark, including as shown in U.S. Reg. Nos. 3308211, 4046193, 4128766, 4237703, 5523189, 5682917, 5798838, and 6053489, including by using the Infringing Mark SAGE + PAIGE, including in its word mark, stylized, or logo forms, or any other marks confusingly similar to the PAIGE Mark, as or as a part of any trademark or service mark, as a business name, trade name, assumed name, domain name, email address, or social media handle, or otherwise using the infringing SAGE + PAIGE Mark, or any other mark confusingly similar to the PAIGE Mark, in connection with the advertising, promotion, marketing, sale, offer for sale, shipment, distribution, import, or export of denim and other apparel, footwear, accessories, and handbags, as well as online and brick and mortar retail store services featuring the same;

   b. using the domain names sageandpaige.com, sageandpaige.us, or sageandpaige.com.au, or the Infringing SAGE + PAIGE Mark, as part of a domain name or otherwise, in connection with the operation of a

website advertising, promoting, selling, offering for sale, importing, exporting, shipping, or distributing denim and other apparel, footwear, accessories, or handbags or any similar goods or services, in or to the United States; and

c.  forming any business entities or organizations to avoid or evade the restrictions set forth in this judgment and injunction or to otherwise assist, in any way, any third party to engage in any conduct that would violate the restrictions in this judgment and injunction.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 2, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**